IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY FRANCES GUTIERREZ,

      Plaintiff,                           No. CIV S-12-0698 EFB

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                  ORDER

         Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Plaintiff's request to proceed *in forma pauperis* is granted.

         2. The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

         3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

////

1      4. Within fourteen days from the date of this order, plaintiff shall submit to the United
2 States Marshal an original and five copies of the completed summons, five copies of the
3 complaint, and five copies of the scheduling order, and *shall file a statement with the court that*
4 *said documents have been submitted to the United States Marshal.*
5      5. The United States Marshal is directed to serve all process without prepayment of costs
6 not later than sixty days from the date of this order. Service of process shall be completed by
7 delivering a copy of the summons, complaint, and scheduling order to the United States Attorney
8 for the Eastern District of California, and by sending two copies of the summons, complaint, and
9 scheduling order by registered or certified mail to the Attorney General of the United States at
10 Washington, D.C. *See* Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of
11 the summons, complaint, and scheduling order by registered or certified mail to the
12 Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room
13 611, Altmeyer Bldg., Baltimore, MD 21235. *See* Fed. R. Civ. P. 4(i)(2). *The United States*
14 *Marshal shall thereafter file a statement with the court that said documents have been served.*
15      IT IS SO ORDERED.
16 DATED: March 21, 2012.

               _____
               EDMUND F. BRENNAN
               UNITED STATES MAGISTRATE JUDGE

2