1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| TIFFANY FRANCES GUTIERREZ, | CASE NO. 2:12-CV-00698-EFB |
|---|---|
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before September 11, 2012.

SO ORDERED.

DATED: July 24, 2012.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE