1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8      **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                    —o0o—

10 TIFFANY FRANCES GUTIERREZ,              CASE NO. 2:12-CV-00698-EFB

11            Plaintiff,                   **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
             Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18 APPROVED.

19     Plaintiff shall file her Motion For Summary Judgment on or before September 11, 2012.

20     SO ORDERED.

21 DATED: July 24, 2012.

22                                      *[signature]*
                                        EDMUND F. BRENNAN
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28